UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:20-CR-001 DRL-SLC |
| SAMUEL T. PHILLIPS | |
| Defendant. | |

## ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Paul Cherry filed March 16, 2021. On March 16, 2021, Samuel T. Phillips pleaded guilty to the sole count of the indictment—charging him with knowingly possessing and knowingly accessing with intent to view one or more books, magazines, periodicals, films, videos, or tapes that contain visual depictions of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4)(B). No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to this offense as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

SO ORDERED.

March 30, 2021

*s/ Damon R. Leichty*
Judge, United States District Court